UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FASIDOU MANNEH,

            Petitioner,

   v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

            Respondent.

Case No. 25-851-TL

ORDER

    Petitioner has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Petitioner does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Petitioner's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Tana Lin.

//

//

//

ORDER - 1

Dated this 14th day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2